**DISMISS; Opinion Filed March 11, 2020**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00026-CR

**HAXAN WALDELL PALMER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-58280-T**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Carlyle

After a jury found him guilty of the first-degree felony offense of compelling prostitution of a child, Haxan Waldell Palmer entered into a written plea bargain agreement with the State which appears in the record. The State agreed to recommend a seven-year sentence in exchange for Mr. Palmer waiving his right to appeal. Mr. Palmer confirmed this agreement in open court. The trial court followed the agreement, sentenced Mr. Palmer to seven years in prison, and certified that Mr. Palmer had waived his right to appeal.

Mr. Palmer filed a pro se notice of appeal with this Court. Mr. Palmer declined appointment of counsel, stating he intended to represent himself on appeal. Nevertheless, the trial court appointed standby counsel. This Court questioned its jurisdiction. Standby counsel and the State agreed we lacked jurisdiction because appellant waived his right to appeal in exchange for the seven-year sentence. Mr. Palmer did not address the jurisdictional question but filed a brief challenging the trial court's judgment and asking us to overturn his conviction.

When an appellant waives his right to appeal as part of a plea bargain agreement with the State, as Mr. Palmer did here, a subsequent notice of appeal fails to "initiate the appellate process," and this Court has no jurisdiction. *Lundgren v. State,* 434 S.W.3d 594, 599, 600 (Tex. Crim. App. 2014). If a court of appeals lacks jurisdiction, it must dismiss the appeal. *See Jones v. State*, 488 S.W.3d 801, 808 (Tex. Crim. App. 2016).

We dismiss this appeal for want of jurisdiction.


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200026F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HAXAN WALDELL PALMER,
Appellant

No. 05-20-00026-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F18-58280-T.
Opinion delivered by Justice Carlyle.
Justices Bridges and Molberg
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want
of jurisdiction.

Judgment entered this 11th day of March, 2020.